No. 12-2408

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

JENNIFER LATOWSKI,
    Plaintiff-Appellant,

v.

NORTHWOODS NURSING CENTER,
    Defendant-Appellee.

On Appeal from the United States District Court
for the Eastern District of Michigan
No. 1:11cv11086

MOTION OF THE EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION FOR LEAVE TO PRESENT ORAL ARGUMENT
ON CEDED TIME

The Equal Employment Opportunity Commission ("EEOC") respectfully requests that this Court grant permission under Fed. R. App. P. 29(g) for the EEOC to participate in oral argument, scheduled in this case for October 11, 2013, on time ceded by Plaintiff-Appellant.

In support of this motion, the EEOC states:

1.    The EEOC is the agency charged by Congress with the enforcement of the federal laws prohibiting discrimination in employment, including Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.* ("Title VII").

2. This appeal presents an important issue concerning the proper interpretation of Title VII, as amended by the Pregnancy Discrimination Act, Pub. L. No. 95-555, 92 Stat. 2076 (1978). *See* 42 U.S.C. § 2000e(k).

3. Because of its strong interest in this issue, the EEOC filed a brief in this case as amicus curiae.

4. The EEOC believes that oral argument will assist this Court in resolving the issues the EEOC argued in its brief.

5. Counsel for Plaintiff-Appellant has agreed to cede five minutes of his argument time to the EEOC.

Accordingly, the EEOC respectfully requests that this Motion for Leave to Present Oral Argument on Ceded Time be granted.

Respectfully submitted,

P. DAVID LOPEZ
General Counsel

LORRAINE C. DAVIS
Acting Associate General Counsel

/s/ Elizabeth E. Theran
ELIZABETH E. THERAN
Attorney
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Office of General Counsel
131 M St., N.E., 5th Floor
Washington, D.C. 20507-0001

(202) 663-4720
elizabeth.theran@eeoc.gov

August 15, 2013

# CERTIFICATE OF SERVICE

I, Elizabeth E. Theran, hereby certify pursuant to 6th Cir. R. 25(f) that I electronically filed the foregoing motion with the Court via the appellate CM/ECF system this 15th day of August, 2013. I also certify that the following counsel of record, who have consented to electronic service, will be served the foregoing motion via the appellate CM/ECF system:

Counsel for Plaintiff-Appellant:
Nicholas B. Roumel
Nacht, Roumel, Salvatore, Blanchard
& Walker, P.C.
101 N. Main Street, Ste. 555
Ann Arbor, MI  48104
(734) 663-7550
nroumel@nachtlaw.com

Counsel for Defendant-Appellee:
Mark R. Smith
Rhoades McKee, P.C.
161 Ottawa Ave. NW, Ste. 600
Grand Rapids , MI  49503
(616) 233-5216
mrsmith@rhoadesmckee.com

/s/ Elizabeth E. Theran
Elizabeth E. Theran
Attorney
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Office of General Counsel
131 M St., N.E., 5th Floor
Washington, D.C. 20507-0001
 (202) 663-4720
elizabeth.theran@eeoc.gov